[No. 44139-0-II.   Division Two.   October 1, 2013.]

ADVOCATES FOR RESPONSIBLE GOVERNMENT, *Respondent*, v.
MASON COUNTY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 12-2-00508-3, Gordon Godfrey, J., en-
tered October 15, 2012. *Reversed* and *remanded with in-
structions* by unpublished opinion per Worswick, C.J., con-
curred in by Hunt and Penoyar, JJ.

[No. 31355-7-III.   Division Three.   October 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHY ANN
HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 10-1-00184-8, Donald W. Schacht, J.,
entered December 12, 2012. *Affirmed* by unpublished opinion
per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 66202-3-I.   Division One.   October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WHITMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-01058-1, Steven J. Mura, J., entered
October 27, 2010. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Appelwick and Lau, JJ.

[No. 68479-5-I.   Division One.   October 7, 2013.]

JEFFREY BEDE, *as Personal Representative, Respondent*, v.
OVERLAKE HOSPITAL MEDICAL CENTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-24387-9, Beth M. Andrus, J., entered
February 14, 2012. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Appelwick and Dwyer, JJ.